MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

FILED
DEC 0 8 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

UNITED STATES OF AMERICA   v.   RICHARD JAMES MCKINNON (D-5)
                                JOSHUA PRICE PLUID      (D-6)
                                KRISTA ANN CALLAN       (D-7)
                                ALEXANDER BOOKER        (D-8)

THE HONORABLE JOHN W. SEDWICK        CASE NO. A05-0108 CR (JWS)

Deputy Clerk                         Official Recorder

Pam Richter                          _____

APPEARANCES:   for PLAINTIFF:  ----

               for DEFENDANT:  ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

The previously set January 25, 2006, final pre-trial conference and trial by jury as to the above-named defendants are hereby **re-scheduled** to commence **Monday, February 13, 2006**, at **8:30 a.m. and 9:00 a.m.**, respectively.

DATE: December 8, 2005

ENTERED AT JUDGE'S DIRECTION
INITIALS: prr
Deputy Clerk

A05-0108--CR (JWS)   12-8-05

- M. DIENI (FPD)
- S. STERLING (STERLING)
- L. WELLS
- J. PHARR
- US MARSHAL
- US PROBATION
- JURY CLERK
- MAGISTRATE JUDGE ROBERTS

74