FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC -8 PM 1:54

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ALEXANDER J. BOOKER, | ) |
| | ) |
| Defendant. | ) |
| | ) Case No. A05-0108-08-CR (JWS) |

**MOTION FOR ENLARGEMENT OF TIME TO FILE PRE-TRIAL MOTIONS**

*[Filed on Shortened Time]*

COMES NOW DEFENDANT ALEXANDER J. BOOKER by and through his attorney of record JOHN C. PHARR of the LAW OFFICES OF JOHN C. PHARR and hereby moves for an enlargement of time, until Friday, December 30, 2005, to file pre-trial motions.

This motion is supported by the attached affidavit of counsel.

DATED at Anchorage, Alaska, this 8th day of December 2005.

LAW OFFICES OF JOHN C. PHARR
Attorneys for Alexander J. Booker

By: _____
John C. Pharr
Alaska Bar No. 8211140

LAW OFFICES OF
JOHN C. PHARR
733 W. 4th Avenue
Suite 308
Anchorage, AK 99501
Ph (907) 272-2525
Fax (907) 277-9859

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ALEXANDER J. BOOKER, | ) |
| | ) |
| Defendant. | ) |
| | ) Case No. A05-0108-08-CR (JWS) |

**AFFIDAVIT OF JOHN C. PHARR**

STATE OF ALASKA           )
                          ) ss.
THIRD JUDICIAL DISTRICT   )

*[Filed on Shortened Time]*

I, JOHN PHARR, depose and state as follows.

1. I am the appointed CJA counsel for defendant in the above-captioned action.

2. Pretrial motions are due today, December 8, 2005.

3. I received discovery yesterday in the above matter, including 18 tapes/CDs.

4. I need more time to review the discovery, and I will also be going on vacation from December 15, 2005 to December 27, 2005.

5. I am therefore requesting an extension of time, until Friday, December 30, 2005, to file the pre-trial motions.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

LAW OFFICES OF
JOHN C. PHARR
733 W. 4th Avenue
Suite 308
Anchorage, AK 99501
Ph (907) 272-2525
Fax (907) 277-9859

DATED at Anchorage, Alaska, this 8th day of December 2005.

                              LAW OFFICES OF JOHN C. PHARR
                              Attorneys for Alexander J. Booker

                          By: _____
                                John C. Pharr, Esq.,
                                Alaska Bar No. 8211140

SUBSCRIBED AND AFFIRMED before me this 8th day of December 2005, at Anchorage, Alaska.

                              _____
                              Notary Public in and for Alaska
                              My commission expires: June 8, 2006

LAW OFFICES OF
JOHN C. PHARR
733 W. 4th Avenue
Suite 308
Anchorage, AK 99501
Ph (907) 272-2525
Fax (907) 277-9859

*AFFIDAVIT OF JOHN C. PHARR*
*United States of America v. Alexander J. Booker*
*Case No. A05-0108-08-CR(JWS)*                              *Page 2 of 2*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) |
| ALEXANDER J. BOOKER, | ) |
| Defendant. | ) Case No. A05-0108-08-CR (JWS) |

**CERTIFICATE OF SERVICE**

*[Filed on Shortened Time]*

I hereby certify that on this 8th day of December 2005, I served a true and correct copy of <u>Motion for Enlargement of Time to File Pre-Trial Motions</u>, affidavit of counsel, and proposed order by hand delivery on the following:

> Stephan A. Collins
> U.S. Attorney's Office
> 222 W. 7th Ave, #9, Rm 253
> Anchorage, Alaska 99513

DATED at Anchorage, Alaska, this 8th day of December 2005.

> LAW OFFICES OF JOHN C. PHARR
> Attorneys for Alexander J. Booker
>
> By: _Sharon R. Leippi_
>    Sharon R. Leippi, Secretary

LAW OFFICES OF
JOHN C. PHARR
733 W. 4th Avenue
Suite 308
Anchorage, AK 99501
Ph (907) 272-2525
Fax (907) 277-9859