IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ALEXANDER J. BOOKER, ) | |
| ) | |
| Defendant. ) | |
| ) | Case No. A05-0108-08-CR (JWS) |

**ORDER ON MOTION FOR ENLARGEMENT OF TIME TO FILE PRE-TRIAL MOTIONS**

*[Filed on Shortened Time]*

The court having considered defendant's motion for enlargement of time, opposition and any reply having been filed,

It is hereby ORDERED, ADJUDGED and DECREED that defendant's motion for enlargement of time is GRANTED. The due date of pre-trial motions is extended to Friday, December 30, 2005. Government's answer shall be filed by January 9, 2005.

Dated this 8th day of December 2005.

Hon. John D. Roberts
U.S. Magistrate Judge

---

A05-0108--CR (JWS)   am 12/8/05

J. PHARR
S. COLLINS (US ATTY)

LAW OFFICES OF
JOHN C. PHARR
733 W. 4th Avenue
Suite 308
Anchorage, AK 99501
Ph (907) 272-2525
Fax (907) 277-9859

79