FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC -8 PM 1:54

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,        )
                                 )
                    Plaintiff,   )
                                 )
         v.                      )
                                 )
ALEXANDER J. BOOKER,             )
                                 )
                    Defendant.   )
_____)  Case No. A05-0108-08-CR (JWS)

**MOTION FOR DETENTION HEARING**

*[Filed on Shortened Time]*

COMES NOW DEFENDANT ALEXANDER J. BOOKER by and through his attorney of record JOHN C. PHARR of the LAW OFFICES OF JOHN C. PHARR and hereby files on shortened time this motion for detention review.

This motion is supported by the attached affidavit of counsel.

DATED at Anchorage, Alaska, this 8th day of December 2005.

              LAW OFFICES OF LANCE C. WELLS, P.C.
              Attorneys for Alexander J. Booker

              By: _____
                  John C. Pharr
                  Alaska Bar No. 8211140

LAW OFFICES OF
JOHN C. PHARR
733 W. 4th Avenue
Suite 308
Anchorage, AK 99501
Ph (907) 272-2525
Fax (907) 277-9859

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| ALEXANDER J. BOOKER, | ) ) |
| Defendant. | ) ) ) Case No. A05-0108-08-CR (JWS) |

**AFFIDAVIT OF JOHN C. PHARR**

*[Filed on Shortened Time]*

I, John Pharr, depose and state as follows.

1. I am attorney for defendant Alexander J. Booker.

2. Defendant requests to be released through Alaska Monitoring Services, who has approved client. See exhibit "A".

3. Expedited consideration is requested because Mr. Booker would like to be released from the Anchorage Jail Complex as soon as possible.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

DATED at Anchorage, Alaska, this 8th day of December 2005.

LAW OFFICES OF JOHN C. PHARR
Attorneys for Alexander J. Booker

By: _____
John C. Pharr, Esq.,
Alaska Bar No. 8211140

LAW OFFICES OF
JOHN C. PHARR
733 W. 4th Avenue
Suite 308
Anchorage, AK 99501
Ph (907) 272-2525
Fax (907) 277-9859

SUBSCRIBED AND AFFIRMED before me this 8th day of December 2005, at Anchorage, Alaska.

*[Notary seal: SHARON R. LEIPPI, NOTARY PUBLIC, STATE OF ALASKA]*

                              /s/ Sharon R. Leippi
                              Notary Public in and for Alaska
                              My commission expires: June 8, 2006

LAW OFFICES OF
JOHN C. PHARR
733 W. 4th Avenue
Suite 308
Anchorage, AK 99501
Ph (907) 272-2525
Fax (907) 277-9859

AFFIDAVIT OF JOHN C. PHARR
United States of America v. Alexander J. Booker
Case No. A05-0108-08-CR (JWS)                                                    Page 2 of 2

**Alaska Monitoring Services**

## MONITORING RECOMMENDATION FORM

Defendants Name: _Alexander Booker_   D.O.B. _5/29/63_

Current Charge: _MICS Attempt to Distrib_ Case# _____

The above named Defendant has applied for services with Alaska Monitoring Services, LLC. A Risk Assessment has been conducted on the Defendant to establish his/her level of risk in the community. Based on this evaluation AKMS has:

**APPROVED [X]**

**NOV 22 2005**

**DISAPPROVED [ ]**

For approved applications the following are the recommendations for AKMS to perform monitoring duties:

- [x] **Community Monitoring**
  - [ ] Active GPS
  - [x] Passive GPS
  - [ ] RF (Curfew)

- [x] **Alcohol Monitoring**
  - [x] SCRAM
  - [ ] Breath Alcohol Monitorng
    (MEMS or Sobrietor type devices)
  - [ ] Random Breath tests with PBT.
    (Portable Breath Tester)
  - [ ] Ignition Interlock

- [x] **Drug Testing**
  - [x] Random
  - [ ] Weekly
  - [ ] Other (specify): _____

- [x] **Exclusion Zones**
  - [ ] REQUIRED
  - [x] NOT REQUIRED

Proposed Residence: 3911 E. 7th #13 Anch. AK 99_
Proposed Employment: Frontier Expedition King and 7th

**Level of Monitoring:**
- [ ] House Arrest
  (No passes unless Court Authorized)
- [ ] Restricted Curfew Monitoring
  (Work and Home Only)
- [x] Curfew Monitoring
  (Work, home, scheduled and verified Treatment, Court appearances, appointments with Attorney and/or Probation/Parole Officer)
- [ ] Community Monitoring
  (Work, home, Treatment, Court appearances, appointments with Attorney and/or Probation/Parole Officer, and Four hours weekly for shopping)

_____   _11/26/05_
AKMS Representative                Date

Comments: _A must follow all rules and guidelines set forth by Court order and AKMS._

EXHIBIT _A_ PAGE _1_

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v.      )<br>)<br>ALEXANDER J. BOOKER, )<br>)<br>Defendant. )<br>_____ ) | Case No. A05-0108-08-CR (JWS) |

### CERTIFICATE OF SERVICE

*[Filed on Shortened Time]*

I hereby certify that on this 8th day of December 2005, I served a true and correct copy of <u>Motion for Detention Hearing</u>, affidavit of counsel, exhibit, and proposed order by hand delivery on the following:

>Stephan A. Collins
>U.S. Attorney's Office
>222 W. 7th Ave, #9, Rm 253
>Anchorage, Alaska 99513

>U.S. Probation Office
>222 W. 7th Ave, #48, Rm 168
>Anchorage, Alaska 99513

DATED at Anchorage, Alaska, this 8th day of December 2005.

>LAW OFFICES OF JOHN C. PHARR
>Attorneys for Alexander J. Booker
>
>By: _/s/ Sharon R. Leippi_____
>Sharon R. Leippi, Secretary

LAW OFFICES OF
JOHN C. PHARR
733 W. 4th Avenue
Suite 308
Anchorage, AK 99501
Ph (907) 272-2525
Fax (907) 277-9859