LAW OFFICES OF D. SCOTT DATTAN
2600 Denali Street, Suite 460
Anchorage, Alaska 99503
Phone: (907) 276-8008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) |
| CARLOS RAINEY, et al | ) |
| | ) |
| Defendant. | ) |
| _____ | ) Case No. 3:05-cr-108-JWS |

## JOINT MOTION FOR DISCOVERY CERTIFICATION

Defendant Shannon Rainey, by and through her attorney D. Scott Dattan, moves for an order requiring the government to certify that it has provided <u>all</u> of the discovery in this case. This motion is made on behalf of all of the CJA defendants in this case, as well. This motion is supported by the memorandum filed herewith.

DATED this 14th day of March, 2006.

s/D. Scott Dattan
Attorney for Defendant, Shannon Rainey
2600 Denali Street, Suite 460
Anchorage, Alaska 99503
Phone: 907-276-8008
E-Mail: dattan@alaska.net
Alaska Bar No: 8411111

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 14, 2006, a copy of foregoing MOTION FOR DISCOVERY CERTIFICATION was served electronically on: Stephan Collins, Mike Dieni, Allan Beiswenger, William Carey, John C. Pharr, Scott Sterling, Lance Wells, T. Burke Wonnell, Mark Rosenbaum, Raul Martinez, and Hugh Fleischer.

<u>s/D.Scott Dattan</u>