**MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| UNITED STATES OF AMERICA | v. | SHANNON DAWN RAINEY |
|---|---|---|
|  |  | ALEXANDER BOOKER |

THE HONORABLE JOHN W. SEDWICK        CASE NO.  3:05-cr-00108-JWS

Deputy Clerk                         Official Recorder

Pam Richter

APPEARANCES:   for PLAINTIFF:   ----

               for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

The final pre-trial conference and trial by jury in this case are hereby CONTINUED from June 5, 2006, to 8:30 AM and 9:00 AM respectively, on Tuesday, June 6, 2006.  This one day continuance is required because the court will be conducting a test of its Continuity of Operations Plan (COOP) on June 5, 2006.  The court finds that the interest of justice served by testing the COOP which is a plan intended to assure continued operation of the court in the event of a natural disaster (such as an earthquake) or man-made disaster (such as a terrorist attack on the court) outweighs the best interest of the defendants and the public in having a trial commence one day sooner on June 5, 2006.  18 U.S.C. 3161(h)(8).

DATE:  May 25, 2006

ENTERED AT JUDGE'S DIRECTION
INITIALS:  prr
Deputy Clerk

[FORMS*IA*]