Law Offices of John C. Pharr
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Ph: 907-272-2525
Fax: 277-9859
E-mail: jpharr@gci.net
Bar # 8211140 AK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,                   )<br>                                             )<br>          Plaintiff,    )<br>                                             )<br>     v.                                     )<br>                                             )<br>ALEXANDER J. BOOKER, et al,                 )<br>                                             )<br>          Defendants.   )<br>_____)  | Case 3:05-cr-108-08-JWS |

## NOTICE OF INTENT TO CHANGE PLEA

COMES NOW DEFENDANT ALEXANDER J. BOOKER by and through his attorney of record JOHN C. PHARR of the LAW OFFICES OF JOHN C. PHARR, and hereby gives her notice to the court of his intent to change his plea.

DATED at Anchorage, Alaska, this 26th day of May 2006.

LAW OFFICES OF JOHN C. PHARR
Attorneys for Alexander J. Booker

s/ John C. Pharr
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Ph: 907-272-2525
Fax: 907-277-9859
E-mail: pharr@gci.net
Bar # 8211140 AK

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 26th, 2006, a copy of the foregoing was served electronically upon:

Stephan A. Collins,
Asst. U.S. Attorney
Stephan.Collins@usdoj.gov