**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

<u>  UNITED STATES OF AMERICA  </u>   v.   <u> ALEXANDER BOOKER </u>

THE HONORABLE JOHN W. SEDWICK

DEPUTY CLERK                                       CASE NO.  <u>3:05-cr-00108-08-JWS</u>

<u> Pam Richter </u>

<u>PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**          DATE: May 30, 2006</u>

  The above-referenced matter had been set on for a jury trial to commence on June 6, 2006, before Judge Sedwick at Anchorage, Alaska.  This matter is now RESCHEDULED for a proposed change of plea on Wednesday, May 31, 2006, at 2:00 p.m..

  The June 6, 2006, final pre-trial conference and trial by jury date as to this defendant are hereby vacated.

[]{IK2.WPD*Rev.12/96}