Law Offices of John C. Pharr
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Ph: 907-272-2525
Fax: 277-9859
E-mail: jpharr@gci.net
Bar # 8211140 AK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ALEXANDER J. BOOKER, et al, ) | |
| ) | |
| Defendants. ) | |
| _____) | Case 3:05-cr-108-08-JWS |

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

COMES NOW JOHN C. PHARR of the LAW OFFICE OF JOHN C. PHARR, pursuant to Local Rule 11.1(c)[A](iii), and hereby moves to withdraw as counsel of record for DEFENDANT ALEXANDER J. BOOKER in the above-captioned case.

Defendant Booker's address and phone number are:

c/o FDC Sea-Tac
# 15181-006
P.O. Box 13900
Seattle, Washington 98198-1090
Ph # 206/870-5700

DATED at Anchorage, Alaska, this 18th day of July 2006.

LAW OFFICES OF JOHN C. PHARR
Attorneys for Alexander J. Booker

s/ John C. Pharr
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Ph: 907-272-2525
Fax: 907-277-9859
E-mail: pharr@gci.net
Bar # 8211140 AK

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on
July 18th, 2006, a copy of
the foregoing was served
electronically upon:

Stephan A. Collins,
Asst. U.S. Attorney
stephan.collins@usdoj.gov