Law Offices of John C. Pharr
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Ph: 907-272-2525
Fax: 277-9859
E-mail: jpharr@gci.net
Bar # 8211140 AK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ALEXANDER J. BOOKER, et al, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | Case 3:05-cr-108-08-JWS |

**ORDER ON MOTION TO WITHDRAW AS COUNSEL OF RECORD**

The court having considered John C. Pharr's motion to withdraw from further representation of Alexander J. Booker in Case No. 3:05-cr-108-08-JWS,

It is hereby ORDERED, ADJUDGED and DECREED that John C. Pharr is hereby allowed to withdraw from the above-captioned matters. All further pleadings shall be served upon Alexander J. Booker at his address of:

      c/o FDC Sea-Tac

      # 15181-006

      P.O. Box 13900

      Seattle, Washington 98198-1090

   His phone number is 206/870-5700.

   New counsel under the Criminal Justice Act shall be appointed.

   DATED at Anchorage, Alaska, this ___ day of ____ 2006.

                _____
                U.S. District Court Judge

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on
July 18th, 2006, a copy of
the foregoing was served
electronically upon:

Stephan A. Collins,
Asst. U.S. Attorney
stephan.collins@usdoj.gov