Law Offices of John C. Pharr
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Ph: 907-272-2525
Fax: 277-9859
E-mail: jpharr@gci.net
Bar # 8211140 AK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ALEXANDER J. BOOKER, et al, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | Case 3:05-cr-108-08-JWS |

**AFFIDAVIT OF JOHN C. PHARR**

I, John Pharr, depose and state as follows:

1.  I am attorney of record for defendant Alexander J. Booker.

2.  Mr. Booker called and said he wants to fire me, and withdraw his guilty plea.

3.  Mr. Booker feels that he and I "don't see eye to eye".

4.  I am therefore requesting to withdraw as counsel of record for Mr. Booker, pursuant to Local Rule 11.1(c)[A](iii).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

*AFFIDAVIT OF JOHN C. PHARR*
*United States of America v. Alexander J. Booker*
*Case No. 3:05-cr-108-8-JWS*                                                                 *Page 1 of 2*

DATED at Anchorage, Alaska, this 18th day of July 2006.

        LAW OFFICES OF JOHN C. PHARR
        Attorneys for Alexander J. Booker

By: _____s/John C. Pharr_____
   LAW OFFICES OF JOHN C. PHARR
   Attorneys for Alexander J. Booker
   733 W. 4th Ave, Suite 308
   Anchorage, Alaska 99501
   Ph: 907-272-2525
   Fax: 907-277-9859
   E-mail: pharr@gci.net
   Bar # 8211140 AK

SUBSCRIBED AND AFFIRMED before me this 18th day of July 2006, at Anchorage, Alaska.

        _____s/Sharon R. Leippi_____
        Notary Public in and for Alaska
        My commission expires: June 8, 2010

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 18th, 2006, a copy of the foregoing was served electronically upon:

Stephan A. Collins,
Asst. U.S. Attorney
stephan.collins@usdoj.gov

*AFFIDAVIT OF JOHN C. PHARR*
*United States of America v. Alexander J. Booker*
*Case No. 3:05-cr-108-8-JWS*       *Page 2 of 2*