UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


USA   v.   ALEXANDER J. BOOKER

DATE:   July 20, 2006   CASE NO.   3:05-CR-0108-08-JWS

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**SCHEDULING HEARING**

---

A hearing on the Motion to Withdraw as Counsel of Record (Docket 31) will be held before Judge Beistline on **Thursday, July 27, 2006, at 10:00 a.m.**, in Courtroom 2 in Anchorage, Alaska.

M.O. SCHEDULING HEARING