**MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

UNITED STATES OF AMERICA   v.   ALEXANDER BOOKER

THE HONORABLE JOHN W. SEDWICK   CASE NO.   3:05-cr-00108-08-JWS

Deputy Clerk                    Official Recorder

Pam Richter

APPEARANCES:   for PLAINTIFF:   ----

               for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

Defendant was given until August 14, 2006, in which to file a motion to withdraw his plea. No motion has been filed. The court will proceed to conduct the sentencing proceeding at the time previously scheduled which is 8:30 AM on Wednesday, September 20, 2006.

DATE:  August 16, 2006

ENTERED AT JUDGE'S DIRECTION
INITIALS:  prr
Deputy Clerk

[FORMS*IA*]