Law Offices of John C. Pharr
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Ph: 907-272-2525
Fax: 277-9859
E-mail: jpharr@gci.net
Bar # 8211140 AK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ALEXANDER J. BOOKER, et al, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | Case 3:05-cr-108-08-JWS |

**NON-OPPOSED MOTION TO CONTINUE SENTENCING**

*[Filed on Shortened Time]*

COMES NOW Defendant Alexander J. Booker by and through his attorney of record John C. Pharr of the LAW OFFICE OF JOHN C. PHARR, and hereby moves this court on shortened time to continue sentencing that is currently scheduled for Wednesday, September 20, 2006, at 8:30 a.m.

This motion is supported by the attached affidavit of counsel.

DATED this 14th day of September 2006.

    LAW OFFICES OF JOHN C. PHARR
    Attorneys for Alexander J. Booker

    s/ John C. Pharr
    733 W. 4th Ave, Suite 308

                                              Anchorage, Alaska 99501
                                              Ph: 907-272-2525
                                              Fax: 907-277-9859
                                              E-mail: pharr@gci.net
                                              Bar # 8211140 AK

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 14th, 2006, a copy of the foregoing was served electronically upon:

Stephan A. Collins,
Asst. U.S. Attorney
stephan.collins@usdoj.gov