Law Offices of John C. Pharr
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Ph: 907-272-2525
Fax: 277-9859
E-mail: jpharr@gci.net
Bar # 8211140 AK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ALEXANDER J. BOOKER, et al, ) | |
| ) | |
| Defendants. ) | |
| _____) | Case 3:05-cr-108-08-JWS |

**ORDER ON NON-OPPOSED MOTION TO CONTINUE SENTENCING**

*[Filed on Shortened Time]*

The court having considered defendant Alex Booker's non-opposed motion to continue sentencing, and the court being fully advised in the premises,

It is hereby ORDERED, ADJUDGED and DECREED that defendant's motion is GRANTED. Sentencing in the above matter, currently set for September 20, 2006 at 8:30 a.m., has been rescheduled to the _____ day of _____ 2006, at the hour of _____ o'clock __.m., in Courtroom No. ___ before the Hon. Judge _____.

```
                DATED at Anchorage, Alaska, this ___ day of _____ 2006.


                                          _____
                                          Hon. John W. Sedwick
                                          U.S. District Court Judge




CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on
September 14th, 2006, a copy of
the foregoing was served
electronically upon:

Stephan A. Collins,
Asst. U.S. Attorney
stephan.collins@usdoj.gov
```