Law Offices of John C. Pharr
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Ph: 907-272-2525
Fax: 277-9859
E-mail: jpharr@gci.net
Bar # 8211140 AK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ALEXANDER J. BOOKER, et al, ) | |
| ) | |
| Defendants. ) | |
| _____) | Case 3:05-cr-108-08-JWS |

**AFFIDAVIT OF JOHN C. PHARR**

*[Filed on Shortened Time]*

STATE OF ALASKA        )
                       ) ss.
THIRD JUDICIAL DISTRICT )

I, John Pharr, depose and state as follows:

1. I am attorney of record for defendant Alexander J. Booker.

2. Sentencing is currently set for next week, Wednesday, September 20, 2006, at 8:30 a.m.

3. I am in a four-week trial that started on September 11, 2006, in Case No. 3AN-01-9443 CI, <u>Ayuluk v. Red Oaks Assisted Living, Inc. et. al.</u>

4. I am therefore requesting that sentencing be

*AFFIDAVIT OF JOHN C. PHARR*
<u>*United States of America v. Alexander J. Booker*</u>
*Case No. 3:05-cr-108-8-JWS*                                              *Page 1 of 2*

rescheduled to sometime after October 1, 2006.

5.   The AUSA, Stephan Collins, does not oppose this motion.

6.   Linda of the Clerk's Office will be notified by phone of the filing of this motion on shortened time. D.Ak.L.R.5.3(e)(3)[B].

FURTHER YOUR AFFIANT SAYETH NAUGHT.

DATED at Anchorage, Alaska, this 14th day of September 2006.

LAW OFFICES OF JOHN C. PHARR
Attorneys for Alexander J. Booker

By: ____s/John C. Pharr_____
LAW OFFICES OF JOHN C. PHARR
Attorneys for Alexander J. Booker
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Ph: 907-272-2525
Fax: 907-277-9859
E-mail: pharr@gci.net
Bar # 8211140 AK

SUBSCRIBED AND AFFIRMED before me this 14th day of September 2006, at Anchorage, Alaska.

_____s/Sharon R. Leippi_____
Notary Public in and for Alaska
My commission expires: June 8, 2010

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on
September 14th, 2006, a copy
of the foregoing was served
electronically upon:

Stephan A. Collins,
Asst. U.S. Attorney
stephan.collins@usdoj.gov

*AFFIDAVIT OF JOHN C. PHARR*
*United States of America v. Alexander J. Booker*
*Case No. 3:05-cr-108-8-JWS*                                    *Page 2 of 2*