```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA

U.S.A. vs.   ALEXANDER BOOKER      CASE NO. 3:05-CR-00108-08-JWS
Defendant: X Present   X In Custody

BEFORE THE HONORABLE:      JOHN W. SEDWICK

DEPUTY CLERK/RECORDER:     SUZANNETTE DAVID / ELISA SINGLETON

UNITED STATES ATTORNEY:    STEPHAN COLLINS

DEFENDANTS ATTORNEY:       JOHN PHARR

U.S.P.O.:                  SCOTT KELLEY

PROCEEDINGS: SENTENCING (IMPOSITION OF SENTENCE) HELD 10/03/2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:05 a.m. court convened.

 X Notice of Appeal form given to defense counsel.

 X Court stated findings/reasons pursuant to sentencing
guidelines.

 X Imprisonment for a period of 70 months each on Counts 9, 15,
19 & 21, to be served concurrently.

 X Defendant placed on supervised release for a period of  3
years each on Counts 9, 15, 19 & 21, to be served concurrently
under the usual terms and conditions with special conditions of
supervised release as stated in the judgment.

 X Special Assessment $ 400.00     , due   immediately.

 X Defendant remanded to the custody of the U.S. Marshal.

 X On motion of the U.S. Attorney, remaining counts 1, 14, 16,
17, 18 & 20 of the Indictment dismissed.

 X OTHER: Court and counsel heard re presentence report and
sentencing recommendations.  Court accepts plea agreement. Court
advised defendant of appeal rights.  Payment coupon given to
defendant.

At 10:36 a.m. court adjourned.

DATE: OCTOBER 3, 2006        DEPUTY CLERK'S INITIALS: SCD/EKS
```